**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHLOEE HOLDEN** | * | **CIVIL ACTION NO: 20- 02143** |
| | * | |
| **Plaintiff** | * | |
| | * | **SECTION "J" (4)** |
| **VERSUS** | * | |
| | * | |
| **SOUTHEASTERN LOUISIANA UNIVERSITY, JAMES SMOOT, AND JAY ARTIGUES** | * | |
| **Defendants** | * | **JURY TRIAL DEMANDED** |

*************************************************************************************

**<u>SECOND SUPPLEMENTAL AND AMENDED COMPLAINT</u>**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Chloee Holden, who files this Second Supplemental and Amended Complaint, and respectfully avers as follows:

1.

To incorporate herein, as if restated in their entirety, paragraphs I. through LXII. and all other averments and the prayer for relief set forth in the Petition for Damages, filed by Plaintiff on or about November 7, 2018, and Amended Petition for Damages, filed by Plaintiff on or about June 29, 2020.

2.

To supplement and amend by adding Paragraph LXIII of her Amended Petition for Damages and by supplementing and amending the Prayer for Relief, as follows:

**JURISDICTION**

LXIII.

This Court has original jurisdiction under 28 U.S.C. § 1332. There is complete diversity of citizenship between Plaintiff, a citizen of Texas, and Defendants, a citizen of Louisiana. Moreover, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

**PRAYER**

**WHEREFORE,** Petitioner, Chloee Holden, prays that Defendants be duly served with a copy of the foregoing Second Supplemental and Amended Complaint, and that after legal delays have expired, there be judgment in her favor and against the Defendants, Alejandros Perkins in his individual and official capacity as chair of the Board of Supervisors for the University of Louisiana System, John. L. Crain, in his individual and official capacity as president of Southeastern Louisiana University, James Smoot, in his individual and official capacity as Head Coach of the SLU women's volleyball team, Justin Bice, in his individual and official capacity as Assistant to the President for Athletics Compliance, and Jay Artigues, in his individual and official capacity as Athletic Director of SLU, for all sums and damages referenced herein, in the Petition for Damages, filed by Plaintiff on or about November 7, 2018, and in Amended Petition for Damages, filed by Plaintiff on or about June 29, 2020, and those that are just and due in the premises and recoverable as a matter of law, including but not limited to, attorney's fees, plus all costs and legal interest from date of wrongdoing and/or judicial demand, as may be applicable.

Respectfully submitted,

**LOWE, STEIN, HOFFMAN, ALLWEISS & HAUVER, LLP**

*/s/ Abigail F. Gerrity*
**MELANIE C. LOCKETT, T.A.** (#30601)
**ABIGAIL F. GERRITY** (#35777)
701 Poydras St., Suite 3600
New Orleans, Louisiana 70139
Telephone: (504) 581-2450
Attorneys for Plaintiff, Chloee Holden

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding by email, hand delivery, by fax, by Federal Express, or by placing a copy in the United States Mail, postage prepaid and properly addressed this 7th day of August, 2020.

*/s/ Abigail F. Gerrity*
**MELANIE C. LOCKETT, T.A.** (#30601)
**ABIGAIL F. GERRITY** (#35777)